| | |
|---|---|
| 1 | WILLIAM A. WHITE (Bar No. 121681) |
| | E-mail: wwhite@hillfarrer.com |
| 2 | G. CRESSWELL TEMPLETON III (Bar No. 138398) |
| 3 | E-mail: ctempleton@hillfarrer.com |
| | **HILL, FARRER & BURRILL LLP** |
| 4 | One California Plaza |
| 5 | 300 South Grand Avenue – 37th Floor |
| | Los Angeles, California 90071-3147 |
| 6 | Telephone: (213) 620-0460 |
| | Telefax: (213) 624-4840 |
| 7 | |
| 8 | Attorneys for Defendant and Counterclaimant **ROY A. SCIACCA** |

FILED
CLERK, U.S DISTRICT COURT
APR - 4 2007
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 13 | BROTHER RECORDS, INC., a California corporation, | CASE NO. CV 06-0204 R (CWx) |
| 14 | Plaintiff, | **Amended** [PROPOSED] **JUDGMENT IN FAVOR OF DEFENDANT ROY A. SCIACCA AND AGAINST PLAINTIFF BROTHER RECORDS, INC.** |
| 15 | vs. | |
| 16 | ALLEN GABA, an individual; ROY A. SCIACCA a/k/a ROY ANTHONY, an individual; GEM SYSTEM, INC., a Nevada corporation; and DOES 1 through 10, inclusive, | |
| 17 | | |
| 18 | | HRG DATE: April 2, 2007 |
| 19 | | HRG TIME: 10:00 a.m. |
| | | CTRM: 8 |
| 20 | Defendants. | |
| 21 | | Discovery Cut-off Date: 11/30/06 |
| | | Final Pretrial Conf. Date: Date Vacated |
| 22 | ROY A. SCIACCA, | Trial Date: Date Vacated |
| 23 | Counterclaimant, | |
| 24 | vs. | ENTERED |
| | | CLERK, U.S. DISTRICT COURT |
| 25 | BROTHER RECORDS, INC., a California corporation, a/k/a THE BEACH BOYS, and ROES 1 through 10, inclusive, | APR - 6 2007 |
| 26 | | CENTRAL DISTRICT OF CALIFORNIA |
| 27 | | BY          DEPUTY |
| | Counterdefendants. | |
| 28 | | THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d). |

C06-0204 R (CWX)

**JUDGMENT**

Defendant and Counterclaimant Roy A. Sciacca's Motion for Summary Judgment on Complaint or, Alternatively, for Summary Adjudication, came on regularly for hearing before this Court on April 2, 2007 at approximately 10:00 a.m. G. Cresswell Templeton III of Hill, Farrer & Burrill LLP appeared for defendant and counterclaimant Roy A. Sciacca, and Danny T. Morin of Parker Mills Morin LLP appeared on behalf of plaintiff, Brother Records, Inc.

Having carefully considered the papers, evidence, arguments, and all other matters presented or submitted by the parties ("submissions"), and the Court having found that the parties' submissions show there is no genuine issue of material fact and defendant Sciacca is entitled to judgment in his favor as a matter of law,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT JUDGMENT IS ENTERED AS FOLLOWS:**

(1) All of Brother Records' claims fail for lack of standing and proof;

(2) All of Brother Records' alleged claims in this action are dismissed with prejudice;

(3) Brother Records shall take nothing on its complaint;

(4) Defendants are the prevailing parties on Brother Records' complaint;

(5) Judgment on all of Brother Records' alleged claims in this action is entered in favor of defendant Roy A. Sciacca and against Brother Records;

DATED: April 4, 2007

_____
UNITED STATES DISTRICT JUDGE

HFB 713557 4 S1516002

- 2 -                                                    C06-0204 R (CWX)

# PROOF OF SERVICE

I, Susie Pierce, declare:

I am a resident of the state of California and over the age of eighteen years, and not a party to the within action; my business address is Hill, Farrer & Burrill LLP, One California Plaza, 37th Floor, Los Angeles, California 90071-3147. On April 4, 2007, I served the within documents:

**[PROPOSED] JUDGMENT IN FAVOR OF DEFENDANT ROY A. SCIACCA AND AGAINST PLAINTIFF BROTHER RECORDS, INC.**

☒ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

| **Via Facsimile & U.S. Mail** | **Via U.S. Mail** |
|---|---|
| David B. Parker, Esq.<br>Danny T. Morin, Esq.<br>**Parker Mills & Morin LLP**<br>865 South Figueroa Street, Suite 3200<br>Los Angeles, California 90017<br>(213) 622-4441<br>(213) 622-1444 – Fax | Richard C. Wolfe, Esq.<br>**Wolfe & Goldstein, P.A.**<br>One S. E. Second Street, Suite 3300<br>Miami, Florida 33131<br>(305) 381-7115<br>(305) 381-7116 – Fax |
| **Via U.S. Mail** | **Via U.S. Mail** |
| Larry Slade, Esq.<br>**Slade & Associates, P.C.**<br>14146 Killion Street, Suite 100<br>Sherman Oaks, California 91401<br>(818) 997-8585<br>(818) 475-5323 | Allan Gaba – In Pro Per<br>27264 Camp Plenty Road, Unit D<br>Canyon Country, California 91351<br>(661) 361-0349 |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 4, 2007, at Los Angeles, California.

_____
Susie Pierce

PROOF OF SERVICE